FILED: November 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4768 (L)
(1:12-cr-00394-LO-4)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

LORENE CHITTENDEN

       Defendant - Appellant

_____

O R D E R

_____

Upon review of the submissions relative to the motion for abeyance, the court suspends proceedings on appeal pending entry of a final judgment in the district court. The parties shall file a status report on or before 12/18/14 and every 30 days thereafter.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk