**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

October 20, 2015

Christopher John Catizone
OFFICE OF THE UNITED STATES ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314-5194

Mr. John Staige Davis V
WILLIAMS MULLEN
P. O. Box 1320
Richmond, VA 23218-1320

Mr. James Philip Gillis
OFFICE OF THE UNITED STATES ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314-5194

Ms. Julia K. Martinez
OFFICE OF THE UNITED STATES ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314-5194

Mr. Joseph Ray Pope
WILLIAMS MULLEN
P. O. Box 1320
Richmond, VA 23218-1320


No.  14-4768 (L), US v. Lorene Chittenden
             1:12-cr-00394-LO-4

              15-4226  US v. Lorene Chittenden
              1:12-cr-00394-LO-4

Dear Counsel:

On 10/13/15, the district court entered an order denying the motion to reconsider.

The parties are requested to address whether there is any reason these cases cannot proceed on appeal and whether 15-4226 should be consolidated with 14-4768(L). Responses must be filed on or before **10/30/15**.

Sincerely,

/s/ Barbara H. Rowe
Deputy Clerk