### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | Case No.: 1:12-cr-394 |
| LORENE CHITTENDEN, | ) ) ) | |
| Defendant. | ) ) ) | |

### ORDER

Before the Court is Defendant's Motion for Extension of Time to Answer Writs of Continuing Garnishment. Based on the agreement of the parties and for good cause shown, it is hereby

**ORDERED, DECREED, AND ADJUDGED**

1.    The Motion is **GRANTED**.

2.    The Defendant shall file her responses to all Writs of Continuing Garnishment on or before **January 29, 2016**. This excludes those Writs not answered by the Garnishee on or before January 9, 2016. Chittenden shall have a full 20 days to file her response to those Writs. During this time, the accounts listed on any Answers to the Writs of Continuing Garnishment filed in this case shall remain frozen, and no withdrawals or dissipation shall be permitted absent further order of this Court.

So ORDERED this ⟨6⟩ day of ⟨Nov⟩ 2015

_____
Liam O'Grady
United States District Judge